# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

1:07MJ73M

v.

3-7-77

WARRANT FOR ARREST

Curtis Moore aka Cutz

CASE NUMBER: 3:07cr"43PCD

The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Curtis Moore aka Cutz

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Possession of a Firearm

in violation of Title 18:922(g)(1)924(a)(2)and 924(e)(1) United States Code, Section(s)

| | |
|---|---|
| ... Rowe<br>Name of Issuing Officer | Clerk<br>Title of Issuing Officer |
| [signature] Deputy Clerk<br>Signature of Issuing Officer | 6/27/07 New Haven<br>Date and location |

Prior to your court appearance, please contact the probation office in New Haven at 203-773-2100.

Bail fixed at $__________ Hon. Thomas P. Smith
Name of Judicial Officer

RETURN

This warrant was received and executed with the arrest of the above named defendant at:__________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | SIGNATURE OF ARRESTING OFFICER |

A TRUE COPY

DATE 6/27/07

BY [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GRAND JURY H-06-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN SEBASTIAN, a/k/a "CJ";<br>LONNELL BROWN, a/k/a "Lonnie";<br>CURTIS MOORE, a/k/a "Cutz" | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CRIMINAL NO. 3:07cr143PCD<br><br>VIOLATION: Title 18, United State Code, Sections 922(g)(1) 924(a)(2), and 924(e)(1) (Felon in Possession of a Firearm) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about March 16, 2006, in the District of Connecticut, CALVIN SEBASTIAN, a/k/a "CJ," LONNELL BROWN, a/k/a "Lonnie," and CURTIS MOORE, a/k/a "Cutz," the defendants herein, having been convicted previously in the Connecticut Superior Court on or about the following dates of the following crimes,

as to CALVIN SEBASTIAN:

| Date | Offense |
|---|---|
| March 27, 1989 | Possession of Narcotics |
| February 18, 1992 | Sale of Hallucinogen/Narcotics |
| June 3, 1992 | Sale of Illegal Drugs |
| January 8, 1999 | Sale of Hallucinogen/Narcotics |
| January 8, 1999 | Sexual Assault 2d Degree |
| March 14, 2000 | Sale of Hallucinogen/Narcotics |

as to LONNELL BROWN:

| Date | Offense |
|---|---|
| March 17, 1995 | Assault 1st Degree |

as to CURTIS MOORE:

| Date | Offense |
| --- | --- |
| June 19, 2001 | Weapon in a Motor Vehicle |

each of which is a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, that is, a Davis Industries, Model P-380, .380 caliber pistol bearing serial number AP422723, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), 924(e)(1), and 2.

FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in Count One of the Indictment, the defendants, CALVIN SEBASTIAN, a/k/a "CJ,", LONNELL BROWN, a/k/a "Lonnie," and CURTIS MOORE, a/k/a "Cutz," shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm involved in the commission of the offense, more specifically described as: one Davis Industries, Model 380, .380 caliber semi-automatic pistol, bearing serial number AP422723.

A TRUE BILL

FOREPERSON

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN H. DURHAM
Deputy United States Attorney