UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07-M-73M |
| | ) | |
| CURTIS MOORE | ) | |

ORDER OF DETENTION AND REMOVAL

______This matter was heard on July 19, 2007, before Magistrate Judge David L. Martin, pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether Defendant Curtis Moore, should be removed to the District of Connecticut to answer an arrest warrant filed against him in that District. The defendant, represented by counsel, waived his right to an identity hearing.

The Court, having heard argument on the matter of detention, finds that, at present, there are no conditions or combination of conditions that the Court can impose that would assure the appearance of the defendant in the District of Connecticut. Defendant has little contact with the District of Rhode Island or the District of Connecticut. He has resided in this District for only a few months. Prior to that, he resided in Maine at undisclosed locations. He has no employment history. He has admitted almost daily use of marijuana. Furthermore, he has no assets or liabilities in this District or the District of Connecticut . A federal grand jury has returned an indictment charging the defendant with being a felon in possession of a firearm. Based on the representations of the government that the defendant handed a firearm to a confidential informant and that the transaction was audio-recorded, I find that the evidence against the defendant is strong.

Accordingly, it is hereby:

ORDERED, ADJUDGED, AND DECREED

that the defendant shall be removed forthwith to the District of Connecticut, in the custody of the United States Marshals Service.

Enter:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 20, 2007