David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

July 20, 2007

RICHARD C. LEE
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN CT 0651

**RI Case # 1:07-M-73M**
**Your Docket No. 3:07CR143PCD**

On July 19, 2007 Magistrate Judge David L. Martin conducted a Rule 5 hearing in 1:07-M-73M, USA v. Curtis Moore.

The official court record for the District of Rhode Island is the electronic case filing system, CM/ECF. Please be advised you may access this database to obtain original pleadings. Our web site is: https://ecf.rid.circ1.dcn. Please use your court's Pacer account and password to access these documents. If you have any problems, please do not hesitate to contact us.

Below is a list of manual filings, exhibits and/or sealed documents, that, due to system limitations or local administrative procedures, require manual transmission:

N/A

Please acknowledge receipt on the enclosed copy of this letter and return to us for our files.

For questions regarding this document or transmission, please contact me at 401-752-7218.

Sincerely,

DAVID A. DIMARZIO

By: ___________________________________
Martha Saucier, Deputy Clerk